U.S.

v.

**Christopher D. BUSH**

No. 17-0453/AR

U.S. Court of Appeals for
the Armed Forces.

August 7, 2017

CCA 20150610

DAILY JOURNAL

Petitions for Reconsideration Denied

Appellant's petition for reconsideration of the Court's order issued July 14, 2017 is denied.

U.S.

v.

**James W. RICHARDS IV**

No. 16-0727/AF

U.S. Court of Appeals for
the Armed Forces.

August 7, 2017

CCA 38346

DAILY JOURNAL

Mandates Issued

U.S.

v.

**Jeff A. GODFREY**

No. 17-0538/AR

U.S. Court of Appeals for
the Armed Forces.

August 7, 2017

CCA 20150400

DAILY JOURNAL

Interlocutory Orders

Appellant's motion to extend time to file the supplement to the petition for grant of review granted to August 22, 2017.

U.S.

v.

**Ernest M. RAMOS**

No. 17-0143/CG

U.S. Court of Appeals for
the Armed Forces.

August 7, 2017

CCA 1418

DAILY JOURNAL

Mandates Issued

